NUMBER 13-06-516-CV

 

COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG 


_______________________________________________________


NATIONWIDE CREDIT, INC. AND

PLAZA ASSOCIATES, Appellants,


v.



JAMES C. FLANAGAN, Appellee.

_______________________________________________________


On appeal from the County Court at Law No. 4


of Nueces County, Texas.


_______________________________________________________


MEMORANDUM OPINION


 

Before Justices Yañez, Rodriguez, and Garza


Memorandum Opinion Per Curiam


 Appellants, NATIONWIDE CREDIT, INC. AND PLAZA ASSOCIATES, attempted
to perfect an appeal from an order denying defendant's motion to decertify class
certification, entered by the County Court at Law No. 4 of Nueces County, Texas, in
cause number 04-60565-4. Appellee has filed a motion to dismiss the appeal. In his
motion, appellee requests that this Court dismiss the appeal because the order being
appealed is a non-appealable interlocutory order. Appellants have filed a response to
appellee's motion.

 The Court, having considered the documents on file, appellee's motion to
dismiss the appeal and appellants' response thereto, is of the opinion that appellee's
motion should be granted. Appellee's motion to dismiss the appeal is granted, and the
appeal is hereby DISMISSED FOR WANT OF JURISDICTION.

 PER CURIAM

Memorandum Opinion delivered and 

filed this the 19th day of October, 2006.